PROB 12C
(7/93)

Report Date: May 26, 2010

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 28 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jonathan Christopher Vargas    Case Number: 2:07CR02092-001

Address of Offender:                              (Currently Incarcerated YCJ)

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 2/13/2008

Original Offense:     Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1)

Original Sentence:    Prison - 36 Months; TSR - 36      Type of Supervision: Supervised Release
                      Months

Asst. U.S. Attorney:  Gregory M. Shogren               Date Supervision Commenced: 3/5/2010

Defense Attorney:     Kraig Gardner                    Date Supervision Expires: 3/4/2013

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On May 15, 2010, Jonathan Christopher Vargas was arrested for unlawful possession of a firearm and attempting to elude (Yakima County Superior Court case number 10-1-00793-3). He was also cited for operating a motor vehicle without insurance (Yakima Municipal Court case number G00040243), and first degree driving with license suspended (Yakima Municipal Court case number G00073648). An incident report has been requested but has not yet been received.<br><br>On May 17, 2010, the defendant appeared in court on the attempting to elude charge and bail was set at $500,000. His next hearing is scheduled for June 1, 2010.<br><br>On May 18, 2010, Mr. Vargas appeared in court on the first degree driving charge and was ordered released on his personal recognizance. His next hearing is scheduled for June 11, 2010. The defendant remains detained at the Yakima County Jail due to the pending Superior Court matter. In regards to the case for operating a motor vehicle without insurance, court records are not yet available. |

Prob12C
Re: Vargas, Jonathan Christopher
May 26, 2010
Page 2

It should be noted that the government intends to file charges against the defendant in Federal Court in regards to the unlawful possession of a firearm charge.

2   **Mandatory Condition #4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

**Supporting Evidence**: On May 6, and 11, 2010, Jonathan Christopher Vargas reported to Merit Resource Services and submitted urinalysis tests, which tested positive for methamphetamine.

On May 11, 2010, Mr. Vargas reported to the U.S. Probation office and admitted to using methamphetamine on or about May 4, and 9, 2010.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/26/2010

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

5/28/10
Date